UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| ANDREW GRAVES, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | No.: 2:22-CV-159-KAC-CRW |
|  | ) |  |
| ACIST MEDICAL SYSTEMS, INC., | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## **JUDGMENT**

In the Order Dismissing Action, the Court **DISMISSED** this action with prejudice under Federal Rule of Civil Procedure 41(b) and Local Rule 68.1. The Court **DIRECTS** the Clerk to close this case.

**SO ORDERED**.

_____
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT:
 *s/ LeAnna R. Wilson*
 CLERK OF COURT